03-20251-ML

# UNITED STATES DISTRICT COURT

## for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP 22 PM 4: 17

THOMAS M. GOULD
CLERK, US. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. David Barsotti**                     Docket No. _____ 2:03CR20251-01

### Petition on Probation and Supervised Release

**COMES NOW MICHELLE R. SIMS, PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of David Barsotti, who was placed on supervision by the Honorable Leon Jordan sitting in the Court at Knoxville, TN, on the 4th day of June, 2001, who fixed the period of supervision at 4 years *, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1.   The defendant shall refrain from possessing a firearm, destructive device or other dangerous weapon.
2.   The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the Probation Officer, until such time as the defendant is released from the program.
3.   The defendant shall perform five hundred (500) hours of Community Service as directed by the Probation Officer. (Balance: approximately 256 hours)

\*       **Supervised Release began on August 5, 2002.**
\*\*      **Jurisdiction was transferred to the Western District of Tennessee (Memphis) on July 17, 2003.**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant violated the following condition of Supervised Release.

**The defendant shall not leave the judicial district without permission of the Court or the Probation Officer.**

Mr. Barsotti traveled outside the judicial district from June 16-27, 2005, to Amsterdam, London, Paris and Italy without the permission of the Court or Probation Officer. During a routine security check by the Houston Airport Security, it was determined that the defendant did not have permission to travel outside the country and this office was notified. In addition, the defendant has admitted verbally and in writing of his travel outside the country and his failure to obtain a travel permit. As a sanction for his non-compliance, Mr. Barsotti has agreed to having the conditions of his supervision modified to include electronic monitoring. ((See attached Probation Form 49/Waiver of Hearing to Modify Conditions)

**PRAYING THAT THE COURT WILL ORDER** that the defendant's conditions of Supervised Release be **MODIFIED** to include a period of Electronic Monitoring for a term of six (6) months.

|  |  |
|---|---|
| **ORDER OF COURT** | Respectfully, |
| | Michelle R. Sims |
| Considered and ordered this 21 day of Sep., 20 05 and ordered filed and made a part of the records in the above case. | |
| | Place: Memphis, TN |
| United States District Judge | Date: September 15, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-23-05

2

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I hereby agree to modify my Supervised Release to include a six month period of Electronic monitoring.

Witness: _____
U.S. Probation Officer
MICHELLE R. SIMS

Signed: _____
Probationer
DAVID BARSOTTI

Date: 9/12/05

Witness: _____
Sr. U.S. Probation Officer
Willie S. Williams

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:03-CR-20251 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT